COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| Joshua Lutrell, Andrew Davis, Moises Roman, Joe Rodriguez; and on behalf of all other persons similarly situated, | § | No. 08-16-00090-CV |
| | § | Appeal from the |
| Appellants', | § | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
| El Paso County, et al., | § | (TC# 2014DCV3070) |
| Appellee. | § | |

## **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **March 9, 2017.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jo Anne Bernal, the attorney for Appellee's, prepare the brief for Appellee's and forward the same to this Court on or before March 9, 2017.

IT IS SO ORDERED this 7th day of February, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.